RECEIVED
APR 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GLEN STERLING CARPENTER<br>B.O.P. # 02093-104 | : | DOCKET NO. 17-cv-1060<br>SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| CALVIN JOHNSON, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. If he chooses, Carpenter may pursue his claims in a properly-filed civil rights action.

THUS DONE in Chambers in Alexandria, Louisiana, this 24th day of April, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE